# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**STEVIE TURNER**                                                                                              **PETITIONER**

**v.**                              **No. 5:07CV00156 JLH/BD**

**LARRY NORRIS,**
**Arkansas Department of Correction**                                      **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner's petition for writ of habeas corpus (#2) is DISMISSED with prejudice.

IT IS SO ORDERED this 13th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE